W. J. SAWYER v. W. B. COPPERSMITH, M. H. JONES AND MRS. ATTIE COPPERSMITH.

(Filed 20 September, 1939.)

APPEAL by defendants from *Carr, J.*, at June Term, 1939, of PASQUO-
TANK. No error.

Action to recover for the rental of a sawmill. Verdict for plaintiff.
From judgment on the verdict the defendants appealed.

*M. B. Simpson and John H. Hall for plaintiff, appellee.*
*McMullan & McMullan for defendants, appellants.*

PER CURIAM. The determinative issues of fact were determined by
the jury in favor of plaintiff. On the record we find no ruling of the
trial court which should be held for reversible error.
No error.

---

THE VESTRY AND LEGAL TRUSTEES OF THE PROPERTY OF ST.
PETER'S PROTESTANT EPISCOPAL CHURCH OF WASHINGTON,
N. C., COMPRISING T. HARVEY MYERS, SENIOR WARDEN, AND J. D.
GRIMES, JUNIOR WARDEN, AND TEN OTHERS, v. C. C. DUKE.

(Filed 20 September, 1939.)

APPEAL by defendant from *Thompson, J.*, at June Term, 1939, of
BEAUFORT. Affirmed.

Controversy without action to determine the validity of the title of a
tract of land which the plaintiffs contracted to convey to the defendant
and the defendant agreed to purchase. The defendant declined to com-
ply with the contract by reason of alleged defects in the title. The
graveyard, about which there are certain stipulations in the will of
Thomas A. McNair, Sr., is not located on the property plaintiffs propose
to convey. Judgment for the plaintiffs, and the defendant appealed.

*H. S. Ward for plaintiffs, appellees.*
*A. E. Daniel for defendant, appellant.*

PER CURIAM. The questions involved on this appeal are controlled by
the decision of this Court in *Church v. Bragaw*, 144 N. C., 126. The
judgment below is
Affirmed.